THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY MADRID, a married man, and NATALIE WEISBERG, a single woman,<br><br>Plaintiffs,<br>v.<br><br>CERTAINTEED, LLC, a Pennsylvania limited liability company as successor-in-interest to CERTAINEED CORPORATION, a Pennsylvania corporation,<br><br>Defendant. | CASE NO. C20-1285-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated Agreement Regarding Discovery of Electronically Stored Information (Dkt. No. 15) and stipulated Protective Order (Dkt. No. 16). The parties' proposed ESI Agreement and Protective Order appear to differ in some respects from the District's model orders. This is permissible, but if the parties wish to depart from the model protective order, they must provide the Court "with a redlined version identifying departures from the model." LCR 26(c)(2). The Local Rules do not specifically require a redlined version identifying departures from the model ESI Agreement, but the Court finds that it would be helpful in this instance. Therefore, the parties are ORDERED to file

MINUTE ORDER
C20-1285-JCC
PAGE - 1

1   redlined versions of their stipulated Agreement Regarding Discovery of Electronically Stored
2   Information (Dkt. No. 15) and stipulated Protective Order (Dkt. No. 16) showing departures
3   from the District's models.
4       DATED this 5th day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
