THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREGORY MADRID, a married man, and
NATALIE WEISBERG, a single woman,

Plaintiffs,

v.

CERTAINTEED, LLC, a Pennsylvania limited
liability company as successor-in-interest to
CERTAINTEED CORPORATION, a
Pennsylvania corporation,

Defendant.

CASE NO. C20-1285-JCC

ORDER

This matter comes before the Court on Plaintiffs' motion to compel (Dkt. No. 25). The Court's local rules provide that before filing a motion to compel the parties must meet and confer in good faith in an effort to resolve the dispute or at least narrow the issues. *See* W.D. Wash. Local Civ. R. 37(a)(1). The motion must include a certification that the parties met and conferred in good faith and must "list the date, manner, and participants to the conference." *Id.* "If the movant fails to include such a certification, the court may deny the motion without addressing the merits of the dispute." *Id.* The Federal Rules of Civil Procedure contain a similar requirement. *See* Fed. R. Civ. P. 37(a)(1).

Plaintiffs' motion to compel does not contain the required certification, nor do any of the attached declarations. (*See* Dkt. Nos. 25–28.) Therefore, the Court DENIES the motion. If, after

meeting and conferring in good faith, issues remain that the parties cannot resolve without the Court's intervention, Plaintiffs may renew their motion. Any renewed motion must include a certification that the parties met and conferred in good faith and must "list the date, manner, and participants to the conference." W.D. Wash. Local Civ. R. 37(a)(1).

DATED this 20th day of May 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE