THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY MADRID, a married man, and NATALIE WEISBERG, a single woman,<br><br>Plaintiffs,<br>v.<br><br>CERTAINTEED, LLC, a Pennsylvania limited liability company as successor-in-interest to CERTAINTEED CORPORATION, a Pennsylvania corporation,<br><br>Defendant. | CASE NO. C20-1285-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Local Civil Rule 7.1(a)(2) requires "[a]ny nongovernmental party . . . [to] file a corporate disclosure statement identifying . . . any member or owner in a . . . limited liability corporation (LLC)." In diversity cases, like this one, the corporate disclosure statement must also list "those states in which the party, owners, partners, or members are citizens." W.D. Wash. Local Civ. R. 7.1(b). Defendant CertainTeed LLC's corporate disclosure statement (Dkt. No. 7) identifies Saint-Gobain Delaware Corporation as its only publicly held owner but does not list the states in which that corporation is a citizen. Therefore, it does not contain all of the information required by Local Civil Rule 7.1.

MINUTE ORDER
C20-1285-JCC
PAGE - 1

Accordingly, the Court ORDERS Defendant CertainTeed LLC to file an amended corporate disclosure statement that complies with Local Civil Rule 7.1 within seven days of the date of this order. For the avoidance of doubt, Local Civil Rule 7.1 requires LLCs to disclose *all* of their members or owners, including those that are not publicly held companies.

DATED this 20th day of May 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk