THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY MADRID, a married man, and NATALIE WEISBERG, a single woman,<br><br>Plaintiffs,<br>v.<br><br>CERTAINTEED, LLC, a Pennsylvania limited liability company as successor-in-interest to CERTAINTEED CORPORATION, a Pennsylvania corporation,<br><br>Defendant. | CASE NO. C20-1285-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue certain pretrial deadlines (Dkt. No. 46) and supplemental notice (Dkt. No. 48). Having thoroughly considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion and ORDERS as follows.

1. The November 15, 2021 bench trial is CONTINUED until December 13, 2021.
2. The dispositive motion deadline is CONTINUED until September 15, 2021.
3. The Local Rule 39.1 mediation deadline is CONTINUED until September 15, 2021.
4. The discovery deadline is CONTINUED until August 31, 2021.

MINUTE ORDER
C20-1285-JCC
PAGE - 1

DATED this 25th day of June 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk