THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY MADRID and NATALIE WEISBERG,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>CERTAINTEED CORPORATION,<br><br>　　　　　　　Defendant. | CASE NO. C20-1285-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a notice of settlement indicating they have negotiated a resolution to all claims in this action and will file a stipulated dismissal "as soon as the final settlement documents are finalized and executed." (Dkt. No. 52.) It is hereby ORDERED that within 30 days of the date of this order, the parties will file the appropriate dismissal stipulation or will show cause why this case should not be dismissed due to the settlement.

DATED this 8th day of September 2021.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Sandra Rawski
　　　　　　　　　　　　　　　　　　Deputy Clerk