THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY MADRID and NATALIE WEISBERG,<br><br>Plaintiffs,<br>v.<br><br>CERTAINTEED CORPORATION,<br><br>Defendant. | CASE NO. C20-1285-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties' stipulation to continue the deadline for entry of a stipulated dismissal (Dkt. No. 54) is GRANTED. It is hereby ORDERED that by October 29, 2021, the parties will file the appropriate dismissal stipulation or will show cause why this case should not be dismissed due to the settlement.

DATED this 4th day of October 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk