THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY MADRID and NATALIE WEISBERG,<br><br>      Plaintiffs,<br> v.<br><br>CERTAINTEED, LLC, as successor-in-interest to CERTAINTEED CORPORATION,<br><br>      Defendant. | CASE NO. C20-1285-JCC<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

  Before the Court is the parties stipulated order of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii). (Dkt. No. 56.) Although that Rule provides that dismissal is effective "[w]ithout a [c]ourt [o]rder," Fed. R. Civ. P. 41(a), the Court GRANTS the stipulated dismissal (Dkt. No. 56) and ORDERS that (1) this case is DISMISSED with prejudice and without fees or costs to any party, and (2) the case is CLOSED.

  DATED this 22nd day of October 2021.

                 Ravi Subramanian
                 Clerk of Court

                 s/Sandra Rawski
                 Deputy Clerk